MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq. Bar No. 12397
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
*Counsel for LVMPD Defendants*

**UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA**

| | |
|---|---|
| EMANUEL BELTRAN, individually, | Case No.: |
| Plaintiff, | |
| v. | **Petition for Removal** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the state of Nevada; LVMPD OFFICER MARK ESHE; LVMPD OFFICER BRANDON SORENSON (P#19306); LVMPD OFFICER WILLIAM LOPEZ (P#17326); LVMPD OFFICER VEGAS (P#17130); LVMPD OFFICER JACOB CASTILE, and DOE OFFICERS I through X, inclusive, | |
| Defendants. | |

Defendants Las Vegas Metropolitan Police Department, LVMPD Officer Mark Eshe, LVMPD Officer Brandon Sorenson, LVMPD Officer William Lopez, LVMPD Officer Vegas, and LVMPD Officer Jacob Castile (LVMPD Defendants) hereby remove the action entitled *Emanuel Beltran v. Las Vegas Metropolitan Police Department, et al.*, case no. A-25-935324-C in the Eighth Judicial District of Clark County, Nevada, to the United States District Court for the District of Nevada.  Removal of this action is made pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  The specific grounds for removal are:

1.      Removal is timely under 28 U.S.C. § 1446(b).  A notice of removal may be filed

within thirty days after receipt, by service or otherwise, by a defendant of a summons and the complaint. 28 U.S.C. § 1446(b).  The removal deadline does not begin to run until a summons is served. *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999). The LVMPD Defendants were served with a summons and a copy of the complaint on January 5, 2026.  The Complaint is attached hereto as Exhibit A and the Affidavits of Service are attached hereto as Exhibit B.  Thirty days has not lapsed since the LVMPD Defendants were served with the Complaint.

2.      Written notice of the filing of this petition for removal will be served and a copy will be filed with the clerk of the Eighth Judicial District Court of Clark County, Nevada, promptly after this petition for removal is filed, as required by 28 U.S.C. §1446(d).

3.      Based on the foregoing, the LVMPD Defendants remove this action now pending in the Eighth Judicial District Court of Nevada, as Case No. A-25-935324-C, to this Court.

WHEREFORE, the District of Nevada has subject matter jurisdiction over the state action.

Dated January 8, 2026.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq., Bar No. 12397
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
*Counsel for LVMPD Defendants*

**CERTIFICATE OF SERVICE**

On January 8, 2026, the undersigned served a true and correct copy of **Petition for Removal** via electronic mail through the United States District Court's CM/ECF system to all persons registered to receive electronic service.

_/s/ Lisa Heller_
An Employee of McNutt Law Firm, P.C.