# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Cavalaro, | |
| Plaintiff | Case No.: 2:25-cv-02234-APG-MDC |
| v. | |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants | |
| Karlin Martinez, | Case No.: 2:26-cv-00024-JAD |
| Plaintiff | |
| v. | |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants | |
| Emanuel Beltran, | Case No.: 2:26-cv-00033-APG-DJA |
| Plaintiff | |
| v. | |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants | |

**Order Reassigning Related Cases**

Plaintiffs in the above-titled cases allege that the Las Vegas Metropolitan Police Department and its officers violated their constitutional rights by arresting them for failing to disperse during a June 2025 protest. The parties filed notices of related cases and agree that the cases involve similar questions or fact and law.[1]

---

[1] ECF Nos. 24, 25 in *Cavalaro v. L.V. Metro. Police Dep't*, 2:25-cv-02234-APG-MDC; ECF Nos. 24, 25 in *Martinez v. L.V. Metro. Police Dep't*, 2:26-cv-00024-JAD; ECF Nos. 17, 18 in *Beltran v. L.V. Metro. Police Dep't*, 2:26-cv-00033-APG-DJA.

Under Local Rule 42-1(a), "[i]f a notice of related cases is filed, the assigned judges will determine whether the actions will be assigned to a single district judge or magistrate judge." Because the related cases arose from the same incident and involve "similar questions of fact and the same question of law," the undersigned judges agree that assigning the cases to the same district judge and magistrate judge "is likely to effect a substantial savings of judicial effort."[2]

Accordingly, IT IS HEREBY ORDERED that Case Nos. 2:26-cv-00024-JAD and 2:26-cv-00033-APG-DJA **are reassigned to Chief District Judge Andrew P. Gordon and Magistrate Judge Maximiliano D. Couvillier, III**. All future filings in these cases must bear the correct initials in the case number (APG-MDC).

Dated: February 4, 2026

_____                  _____
Jennifer A. Dorsey                                Andrew P. Gordon
United States District Judge                      Chief United States District Judge

---

[2] L.R. 42-1(a)(3).

2