**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMANUEL BELTRAN, | Case No.: 2:26-cv-00033-APG-MDC |
| Plaintiff | **Order Granting Motions for Leave to File Excess Pages** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | [ECF Nos. 6, 9, 34] |
| Defendants | |

I ORDER that the motions for leave to file excess pages (ECF Nos. 6, 9, 34) are GRANTED.

DATED this 8th day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE