**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMANUEL BELTRAN,<br><br>    Plaintiff<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants | Case No.: 2:26-cv-00033-APG-mDC<br><br>**Order Denying Motion to Hold in Abeyance**<br><br>[ECF No. 44] |

The defendants move for me to hold in abeyance plaintiff Emanuel Beltran's motions for temporary restraining order and preliminary injunction pending my decision the defendants' motion for judgment on the pleadings.  Beltran opposes, arguing that I should not delay ruling on the injunctive relief motions because First Amendment rights are at issue.

I deny the defendants' request that I commit to resolving the motion for judgment on the pleadings before addressing the motions for injunctive relief.

I THEREFORE ORDER that the defendants' motion to hold in abeyance or deny as moot **(ECF No. 44) is DENIED**.

DATED this 22nd day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE