**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EMANUEL BELTRAN,

Plaintiff

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

Defendants

Case No.: 2:26-cv-00033-APG-MDC

**Order Denying Motions as Moot**

[ECF Nos. 5, 8, 23]

In light of the parties' notice of settlement (ECF No. 53),

I ORDER that the pending motions **(ECF Nos. 5, 8, 23) are DENIED as moot**, without prejudice to refiling them if the settlement does not finalize.

DATED this 13th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE